**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Antonio Arnez EASTERLY,**
**Defendant–Appellant.**

**No. 03–31056.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided June 23, 2004.

Josette Louise Cassiere, Assistant U.S. Attorney, Earl M. Campbell, Shreveport, LA, for Plaintiff–Appellee.

Antonio Arnez Easterly, Oakdale, LA, pro se.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: [*]

The Federal Public Defender appointed to represent Antonio Arnez Easterly has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Easterly has not filed a response.

Our independent review of the brief and the record discloses no nonfrivolous issues in this direct appeal. Accordingly, the motion to withdraw is GRANTED, and counsel is excused from further responsibilities

**516**

herein. The appeal is DISMISSED. *See* 5th CIR. R. 42.2.

---

* Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5th CIR. R. 47.5.4.